April 8, 1976.

Andrews, et al. *v.* State Police Civic Association, Appellant.

Retired State Police Association of Pennsylvania, et al. *v.* State Police Civic Association, Appellant.

Submitted September 12, 1975. *John C. Sullivan*, and *Nauman, Smith, Shissler & Hall*, for appellant; *Ronald M. Katzman*, and *Goldberg, Evans & Katzman*, for appellee at No. 85; *Gary M. Lightman*, for appellee at No. 84.

OPINION PER CURIAM: The appeals in these cases are from interlocutory orders of the Court of Common Pleas of Dauphin County. Section 211.501 of The Appellate Court Jurisdiction Act of 1970, P.L. 673, No. 223, art. V, §501, 17 P.S. §211.501, permits such appeals only when authorized by law or certified by the lower court. Neither appeal is certified by the lower court; nor is either authorized by law.

The appeals are therefore quashed.